# UNITED STATES DISTRICT COURT

for the

District of

Division

RECEIVED BY MAIL
MAR 29 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No. 21-cv-865 WMW/LIB

*(to be filled in by the Clerk's Office)*

Derrick Devon Turner

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Eagan

Best Buy, Eagan Police Department

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

SCANNED
MAR 29 2021
U.S. DISTRICT COURT MPLS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Derrick Devon Turner
Address: 315 4th Ave South
Saint Cloud (City) MN (State) 56301 (Zip Code)
County: Stearns
Telephone Number: 612.261.8944
E-Mail Address: Derrickturner136@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Eagan Police Department
Job or Title *(if known)*: Unknown
Address: 3830 Pilot Knob Rd.
Eagan (City) MN (State) 55122 (Zip Code)
County: Dakota County
Telephone Number: 651.675.5700
E-Mail Address *(if known)*: Eaganpd@City of Eagan

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Best Buy
Job or Title *(if known)*: Unknown
Address: 1235 Town Centre Drive
Eagan (City) MN (State) 55123 (Zip Code)
County: Dakota
Telephone Number: 651.365.0540
E-Mail Address *(if known)*: unknown/Not Found

☐ Individual capacity ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | City of Eagan |
| Job or Title *(if known)* | Unknown |
| Address | 3830 Pilot Knob Road |
| | Eagan (City) MN (State) 55122 (Zip Code) |
| County | Dakota |
| Telephone Number | 651·675·5000 |
| E-Mail Address *(if known)* | N/A |

☐ Individual capacity ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Address | |
| | City State Zip Code |
| County | N/A |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) Violation of U.S Constitutional 4th Amendment Rights. 2) violation of U.S Constitutional 8th Amendment Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 3
Name
Job or Title *(if known)*
Address
City
State
Zip Code
County
Telephone Number
E-Mail Address *(if known)*
☐ Individual capacity
☐ Official capacity
N/A
Defendant No. 4
Name
Job or Title *(if known)*
Address
City
State
Zip Code
County
Telephone Number
E-Mail Address *(if known)*
☐ Individual capacity
☐ Official capacity
N/A

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

25 CFR § 11.404 Voilation of false Imprisonment
4th Amendment Constitution Right Violation, et al..

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? No

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1) Eagan Police Department Illegally arrested me.
2) Eagan Police Illegally Pulled my car over, Searched The CAR and my person.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1) Best Buy Store, 1235 Town Centre Drive, Eagan MN 55123
2) Dakota County Jail, 1580 Hwy 55, Hastings, MN 55033

B. What date and approximate time did the events giving rise to your claim(s) occur?

1) December 24, 2018, Time 10:30pm-12pm
2) All COURT DATES After for Charged Arrest.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On Added 3 pages.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Added on Extra Page Attached.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Added on Extra Page Attached.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 25, 2021

Signature of Plaintiff [signature]

Printed Name of Plaintiff Derrick D. Turner

### B. For Attorneys

Date of signing: Still

Signature of Attorney IN Search

Printed Name of Attorney for Representation

Bar Number and is in Request

Name of Law Firm of the Courts

Address Help / assistance

If possible

City State Zip Code

Telephone Number

E-mail Address