DATE: March 24, 2021   Planiff: Derrick D Turner

CASE #: Eagan Police Department, Best Buy

## III. Statement of Claim

pg 1 of 3

C. 1) December 24, 2018, Christmas eve. Best Buy Employees and security called the Eagan Police claiming that I had just left their store after making a purchase with a stolen card. The Store employees and security told Eagan Police that the card used was named by Asian descent and with me being African American they become suspicious and asked for my Identification card to match it up with the card. The Best Buy employees to police that I then took the best buy merchandise and left out the store. Looking back Laughing as I entered my vehicle and pulled out the parking Lot. The video clearly shows me never making any purchase from Best Buy, the video also shows me never coming into contact with the card nor do the video show me rushing out the store. The video clearly shows a caucasian female with me mading purchases and using a card to pay for her items. The video also show best buy employees never bothering her either. And the card was not stolen. Plus New finding Doing Lawsuit CASE.

RECEIVED BY MAIL MAR 29 2021 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED MAR 29 2021 U.S. DISTRICT COURT MPLS

Date: Mar... Pl...ff: Derrick D. Turner

Case: Eagan Police Department, Eagan Best Buy, and The City of Eagan

## III. Statement of Claim

pg 2 of 3

C. 2.) December 24, 2018, around 11pm Christmas eve Eagan Police Department arrested me for Identity theft. Upon pulling over my car I asked the Eagan Police Department why was I pulled over. I later find out the they pulled my car over illegally but at the point of stop they refuse to answer my question in and asking my passenger and myself for our Identification. I then ask the Eagan Police not to harrass my passenger, at which point I was violently physically removed from my car. While outside my car I was placed outside in the freezing cold for a long duration of time. The Eagan Police Department asked me what I buy from Best Buy I told them nothing. They police then begin to tell me the card was stolen and ask why I am using people things without their permission. I continously let them know that I never used any card and begged them to review the video. My kids was only 5 years old and Christmas was in a couple hours, plus I didnt want to go to jail for nothing. The Eagan Police came back after viewing the video and Arrested me for Identity THEFT

(more pg 3)

Date: Mar... 2021                    Plaintiff: Derrick D. Turner

Case: Eagan Police Department, Best Buy, City of Eagan

## III. Statement of Claim          pg 3 of 3

c. 2) The pleaded and begged for the Eagan Police department to look at it again. I really was afraid but my car was towed and I was arrested for Identity Theft. Once I made bail about a week later missing Christmas with my family and kids, I got my car out the tow, paid. The pursued to retrieve the video to prove my innocents because the Public Defenders office told ME No video exsist. I eventually located the video which showed me never using or purchasing anything with any card. I also found later on the the card used was not even called in stolen. Eagan Police Department claimed they viewed the video on that Christmas eve of 2018 and found cause that I made the purchases. My caucasian passenger, the person that actually made a purchase with a card at Best Buy was never Arrested or ever charged with no Identity Theft, or anything, even though paperwork says she brung the Eagan Police to the CARD. Not ever Plus more findings doing case.

RECEIVED BY MAIL MAR 29 2021
CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA
SCANNED MAR 29 2021 U.S. DISTRICT COURT MPLS

~~IV.~~ State of Claim    Injuries     page 1 of 1

1.) Being racially Discriminated caused me pyschological Damages. Extreme Depression, Anxiety, Acute paranoia, Shoppers Post tramatic stress disorder (PTSD), P.T.S.D of government Officials/Police peace officers, And more .. et al .. found through duration of Case filed with Courts in Civil Claim.

## V. Relief

1). A public Apology to Me and my family by both Defendants.
2). All parties fired with a lifetime, ban from Defendants.
3). Diversity training and diversity departments headed By An African American preferred or A person of Color at all times in both Defendants offices. Reason being a person of Color can identify these issue quicker and prevent.
4). 10 million Dollars in damages and taxes on the relief payed by both Defendants.   DT (PAID)
5). Punitives damages and psychological lifetime theorpy reguarding the matter with the best treatment possible.
6). All my Lawyers fees and Compensation Ordered to be Paid by Defendants.
7). And any other relief discovered Hereafter

Date: March 25, 2021    Plaintiff: Derrick Devon Turner

Case: Eagan Police Department City of Eagan, Best Buy

## Status of Limitation

I'm not sure where time is but. I am writting this letter to the Court Judge and whom ever else it may concern. September 3, 2019 my case court file Number: 19HA-CR-18-3250 in Dakota County, MN was d... with prejudice, State of Minnesota V.s Derrick Devon Turner. About three week after I suffered a major Traumatic Experience which placed me on life support, then required my housing in Hospital for a stay of 2 weeks or better. After my release I had a long road to recovery, my body severely effect as well as my mind. The severity of this incident caused memory lost and much more. I am still recovering from the damages and will carry these life long scars until my last day. I have to write alot of things down now to help me remember, other things come and go if I don't. Once some how my traumatized suppressed memories enters my thoughts, I then remember, write down what it was and this is the reason for my timeliness. Due to that Dramatic life altering incident my mind was traumatically effected. And Just remembered this Case Filed.